GEORGE PAGE ET AL. *v.* HENRY WOOLLEY'S ESTATE.

Special Term at Brattleboro, February, 1922.

Present: WATSON, C. J., POWERS, TAYLOR, MILES, and SLACK, JJ.

Opinion filed May 2, 1922.

APPEAL from a decree of the probate court for the district of Westminster, setting out a homestead to Mary Page Woolley, widow of Henry Woolley. Trial by court at the September Term, 1921, Windham County, *Fish,* J., presiding. Judgment affirming the decree of the probate court. The appellant, George Page, excepted. *Affirmed.*

*George A. Weston* for appellant.

*Stickney, Sargent & Skeels* for appellee.

SLACK, J. This is an appeal from a decree of the probate court for the district of Westminster setting out a homestead to Mary Page Woolley, widow of Henry Woolley. The court below, after hearing on the merits, rendered judgment for the appellees, with costs, and the case is here on appellant's exceptions.

This case was argued and submitted with *In re Estate of Henry Woolley, George Page, Appellant,* reported at page 60 of this volume, at page 370 of 117 Atl., where the same questions presented for review in this case are considered and disposed of. The result there reached necessitates an affirmance of the judgment in this case.

*Judgment affirmed and cause remanded.*